SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB #013366**
Paul.Maloney@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: 503-727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| UNITED STATES OF AMERICA | 3:21-cr-00052-IM |
|---|---|
| v. | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| JONATHAN AVILA-SUAREZ, | |
| **Defendant.** | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Indictment, the United States is seeking forfeiture of the following property:

$8,214 in United States currency;

$9,180 in United States currency; and

**Bill of Particulars for Forfeiture of Property** PAGE 1

A silver and black Sturm & Ruger Co., Inc revolver, Model: GP100.

DATED: March 24, 2021.                     Respectfully submitted,

                                           SCOTT ERIK ASPHAUG
                                           Acting United States Attorney

                                           */s/ Paul T. Maloney*
                                           **PAUL T. MALONEY, OSB #013366**
                                           Assistant United States Attorney