NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**ANDREW T. HO**
Andrew.Ho@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: 503-727-1110
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:21-cr-00052-IM |
| v. | **NOTICE OF PUBLICATION OF CRIMINAL FORFEITURE** |
| **JONATHAN AVILA-SUAREZ,** | |
| **Defendant.** | |

The United States of America hereby files this notice of publication of forfeiture in compliance with Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1), as more particularly set forth in the declaration of Paralegal Specialist, Mari McDonald, marked as Exhibit A.

DATED: May 22, 2023.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Andrew T. Ho*
ANDREW T. HO
Assistant United States Attorney