# DECLARATION of MARI MCDONALD

I, Mari McDonald, do hereby declare:

1. I am a Paralegal Specialist in the Asset Recovery and Money Laundering Division of the United States Attorney's Office in the District of Oregon, and I am familiar with the facts of this case.

2. I posted Notice of Criminal Forfeiture in *United States v. Jonathan Avila-Suarez,* 3:21-cr-00052-IM, on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 28, 2023, as evidenced by Attachment 1.

   I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

   Executed this 22nd day of May 2023.

   *s/ Mari McDonald*
   MARI MCDONALD
   Paralegal Specialist

**Declaration of Mari McDonald**                                          EXHIBIT A